## Gillespie *ads*. Pfister and M'Comb.

*PENDLETON* moved that the plaintiffs file security for cofts before they be allowed to proceed in the fuit, on affidavit that one of the plaintiffs had removed to New-Jerfey fince the commencement of the fuit, and that the other was confined in jail for debt; and further, that the defendant was informed and believed that the caufe of action was affigned.

He infifted, that the infolvency of a plaintiff was the fame thing as it refpected the defendant's remedy for his cofts as living without the reach of the procefs of the Court; and that the affignment leaving him only the truftee for the benefit of a ftranger, it was reafonable that fecurity fhould be filed.

*B. Livingston contra.*

*Per Curiam.* It is fufficient that one of the defendants refides within the reach of the procefs of the Court, and we can take no notice whether he is infolvent or not. And as to the affignment, the defendant has nothing to do with it.

Motion denied.